UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADAM APPEL, et al.,, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) Cause No. 4:05CV772SNL | |
| )**Jury Trial Demanded** | |
| THE CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT BOCKSTRUCK, ET AL.'S MOTION TO DISMISS
### AND ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

Defendants Roger Engelhardt, Robert Ceriotti, Janice Bockstruck, and Luther Hall hereby joins the Motion to Dismiss and Alternative Motion for More Definite Statement and Memorandum in Support of Defendants St. Louis Metropolitan Police Department Board of Police Commissioners;  Joseph J. Mokwa, and Robert Seeber, Jr. filed June 29, 2005, and incorporated by reference as if fully set forth herein.

WHEREFORE, Defendants herein respectfully requests that this Court issue its Order dismissing the First Amended Complaint; or alternatively, requiring the Plaintiffs to make their claims more definite and certain; awarding Defendants their costs and attorneys' fees incurred herein; and for such other relief as this Court deems just.

H:\THOMAD\Appel\Pleadings\mdi2.wpd

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General

/s/ *Denise L. Thomas*

_____
Denise L. Thomas, #4538
Assistant Attorney General
<u>Mailing Address:</u>
Laclede Gas Building
720 Olive, Suite 2150
St. Louis, Missouri  63101

<u>Hand Delivery to:</u>
Wainwright Building
111 N. 7th Street, Ste. 934
St. Louis, MO  63101
(314) 340-7861 telephone
(314) 340-7029 facsimile
*Attorneys for Defendants Board of Police Comm'rs, Mokwa, and Seeber*

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed, first class, postage prepaid this _1st___ day of *July*, 2005, to:

Rory Ellinger
Ellinger & Associates, P.C.
797 W. Terra Lane
O'Fallon, Missouri 63366
*Attorney for Plaintiffs*

William Quick, Esq.
7751 Carondelet, Suite 403
Clayton, Missouri 63105
*Attorney for Plaintiffs*

__/s/ *Denise L. Thomas*