RECEIVED

FEB 2 8 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM APPEL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:05cv772 SNL |
| | ) | |
| THE CITY OF ST. LOUIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the Local Rules of the United States District Court for the Eastern District of Missouri, I, Anthony E. Rothert, move to be admitted pro hac vice to the bar of this court for the purpose of representing plaintiff in this matter. In support of this motion, I submit the following information:

(a) Full name of movant-attorney:
Anthony Edward Rothert

(b) Address, telephone number, and fax number of the movant-attorney:
American Civil Liberties Union of Eastern Missouri
4557 Laclede Avenue
St. Louis, Missouri 63108
(314) 361-3635
Facsimile: (314) 361-3135

(c) Name of letterhead or firm under which movant practices:
American Civil Liberties Union of Eastern Missouri

(d) Name of law school movant attended and date of graduation therefrom:
Saint Louis University School of Law – May, 1996

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:
State of Missouri         Oct. 1996       #44827
State of Illinois         May 1997        #6239058
South District Illinois   Oct. 2004
Eighth Circuit            Oct. 2004

S2006-4924

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar.

(g) Movant does not reside in the Eastern District of Missouri and has not before been regularly employed in this district or regularly engaged in the practice of law in this district. Since January 9, 2006, movant has been employed by the American Civil Liberties Union of Eastern Missouri in this district and movant has applied for admission to this Court.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Respectfully submitted,

_____
Anthony E. Rothert
American Civil Liberties Union of
Eastern Missouri
4557 Laclede Avenue
St. Louis, Missouri 63108
(314) 361-3635
Facsimile: (314) 361-3135

CERTIFICATE OF SERVICE

The foregoing was filed with the Clerk of the Court on the 28th day of February, 2006, to be served by operation of the Court's electronic filing system upon the following:

Patricia A. Hageman, City Counselor
Carl W. Yates, III, Associate City Counselor
City Counselor's Office
1200 Market
City Hall – Room 314
St. Louis, Missouri 63103

Erwin O. Switzer, Special Chief Counsel
M. Steven Brown, Assistant Attorney General
Laclede Gas Building
720 Olive Street, Suite 2150
St. Louis, Missouri 63101

_____