RECEIVED

FEB 2 8 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ADAM APPEL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:05cv772 SNL |
| ) | |
| THE CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, James G. Felakos, Missouri Bar #56356, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Plaintiffs in the above-styled matter. In support of this Motion, I submit the following information as required by Rule 12.01(E):

(a)  full name of movant/attorney: James George Felakos, Jr.

(b)  Address and telephone of the movant/attorney:

4557 Laclede Avenue
St. Louis, Missouri 63108
(314) 361-2111
(Fax): (314) 361-3635
Email: jim@aclu-em.org

(c)  Name of the firm or letterhead under which the movant practices:

American Civil Liberties Union of Eastern Missouri

(d)  Name of the law school(s) movant attended and the date(s) of graduation therefrom:

Columbia University School of Law, New York, New York, Juris Doctor, October, 1998

(e)  Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

S 2006-4924

- Missouri Bar, 10/2005, Bar # 56356

- New York Bar, 3/2002, Bar # 4045977

- United States District Court for the Southern District of New York, 12/2002, Bar # JF6965

- United States District Court for the Eastern District of New York, 12/2002, Bar # JF6965

(f) Movant, James G. Felakos, is a member in good standing of all bars in which movant is a member; movant is not under suspension or disbarment from any bar.

(g) While Movant resides in the Eastern District of Missouri, is regularly employed in this district and is regularly engaged in the practice of law in this district, this is on a temporary basis. Movant is moving to New York within the next four months.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this Motion be granted and that the Movant be admitted *pro hac vice* to the bar of this Court to appear on behalf of Plaintiffs in the instant matter.

Respectfully submitted,

By: /s/ James G. Felakos

James G. Felakos, MO Bar #56356
American Civil Liberties Union
    of Eastern Missouri
4557 Laclede Ave.
St. Louis, MO 63108
(314) 361-3635, ext. 22
FAX: (314) 361-3135

## CERTIFICATE OF SERVICE

The foregoing was filed by First Class Mail with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following this 28th day of February, 2006, to:

Patricia A. Hageman, City Counselor
Carl W. Yates III, Associate City Counselor
City Counselor's Office
1200 Market
City Hall-Room 314
St. Louis, MO 63103
(314)622-3361 Telephone
(314)622-4956 Facsimile

Erwin O. Switzer, III, Special Chief Counsel
M. Steven Brown, Assistant Attorney General
Laclede Gas Building
720 Olive Street, Suite 2150
St. Louis, MO 63101
Telephone: (314) 340-6816
Facsimile: (314) 340-795

_____
James G. Felakos