UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM APPEL, et al.,, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 4:05CV772SNL |
| | ) | |
| THE CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MEMORANDUM  OPPOSING PLAINTIFFS' MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

Plaintiffs have moved (DS #95) to file their Second Amended Complaint through

interlineation.  Plaintiffs seek to amend the claim of plaintiff Arthur Friedrich to state that his

allegations arise from events at 3022 Cherokee on May 16, 2003, instead of events at 3309

Illinois on that date.  Defendants oppose Plaintiffs' motion.  Plaintiffs have failed to show good

cause for amendment of their pleading at this juncture.  At the inception of the litigation,

Defendants objected to the boilerplate nature of the First Amended Complaint, which purported

to apply all factual events jointly to all defendants and large swathes of the plaintiffs.  The

amendment now sought highlights the impropriety of application of all allegations to large

groups of plaintiffs.  That Defendants included information pertaining to 3022 Cherokee in their

Rule 26 Disclosures as part of the context of police officials' responses and actions on May 16,

2003 does not render nonprejudicial Plaintiffs' belated amendment of plaintiff Friedrich's claim.

Defendants object to the proposed Second Amended Complaint.

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General

*/s/ Denise L. Thomas*
_____
Denise L. Thomas, #4538
Assistant Attorney General

Christopher Carenza, MBE #36344
Assistant Attorney General

Old Post Office
815 Olive Street
St. Louis, MO 63101
Telephone:     (314) 340-7861
Facsimile:     (314) 340-7029

ATTORNEYS FOR DEFENDANTS BOARD OF
POLICE COMMISSIONERS, CHIEF MOKWA,
BLANSITT, SEEBER, ENGLEHARDT,
CERIOTTI, BOCKSTRUCK, AND HALL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served up the following parties via this Court's electronic filing system this _8th__ day of March, 2007:

Rory Ellinger
Kenneth Blumenthal
Ellinger & Associates, P.C.
797 W. Terra Lane
O'Fallon, MO  63366

Gary R. Sarachan
Sheila Greenbaum
Capes and Sokol
7701 Forsyth Boulevard
Fourth Floor, Suite 400
St. Louis, MO  63105

Carl W. Yates, III
Associate City Counselor
City Counselor's Office
1200 Market
City Hall - Room 314
St. Louis, MO  63103

William Quick, Esq.
7751 Carondelet, Suite 403
Clayton, MO  63105

Anthony E. Rothert
James G Felakos, Jr.
ACLU of Eastern Missouri
4557 Laclede Avenue
St. Louis, MO  63108

/s/ *Denise L. Thomas*

_____
Assistant Attorney General