UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADAM APPEL, et al. ) | |
| ) | |
| Plaintiffs, ) | Case No.:4:05CV-772-SNL |
| ) | |
| THE CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## CONDITIONAL MOTION FOR DETERMINATION UNDER RULE 54(b)

On September 10, 2007, the Police Defendants filed an interlocutory appeal of the District Court's Order, dated August 15, 2007, in which Police Defendants were denied qualified immunity on Plaintiffs' federal claims under the First and Fourth Amendments and state law claims for false arrest, false imprisonment, and battery.  The Plaintiffs hereby move the Court to enter final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, on its Order dated August 15, 2007, dismissing the City of St. Louis and John MacEnulty from this cause of action; granting Defendant MacEnulty qualified immunity; and denying Plaintiffs' claims of supervisory liability and governmental custom as to the City of St. Louis.

This Motion is conditioned upon this Court certifying as ready for immediate appeal that portion of the Court's Order described above, pursuant to 28 U.S.C. § 1292(b).  If this Court does not grant certification, or if the Court of Appeals declines to hear an interlocutory appeal, Plaintiffs request that final judgment not be entered under Rule 54(b) on the Court's Order to dismiss certain Defendants, as described above.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN &
SARACHAN, P.C.**

By: /s/ Gary R. Sarachan
Gary R. Sarachan,   #4264
Sheila Greenbaum, #504517
7701 Forsyth Blvd., 12th Floor
St. Louis, Missouri  63105
Telephone:  (314) 721-7701
Facsimile:   (314) 721-0554

## CERTIFICATE OF SERVICE

The undersigned certifies a copy of Conditional Motion for Determination Under Rule 54(b) were sent through the Courts electronic system this 27th day of September, 2007, to:

Carl W. Yates, III, Esq.
Associate City Counselor
City of St. Louis, Missouri
City Counselor's Office
1200 Market Street, Room 314
St. Louis, Missouri 63103
E-Mail:  yatesw@stlouiscity.com
**Attorney for Defendants Francis G. Slay, John MacEnulty, City of St. Louis
and the St. Louis Building & Zoning Commission**


Denise L. Thomas, Esq. - Assistant Attorney General
Attorney General's Office
815 Olive Street, Suite 200
St. Louis, Missouri 63101
E-Mail: denise.thomas@ago.mo.gov
**Attorney for Defendants Board of Police Commissioners,
Mokwa, Blansitt, Seever, Engelhardt, Certiotti, Bockstruck and Hall**


/s/ Gary Sarachan