UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRINITY CROSS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:05CV-772SNL |
| THE CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' ANSWER TO AMENDMENT BY INTERLINEATION
OF FIRST AMENDED COMPLAINT FOR DAMAGES**

Defendants Mokwa, Blansitt, Seeber, Englehardt, Bockstruck, Ceriotti and Hall hereby make the following response to the Amendment by Interlineation of the First Amended Complaint for Damages.

Defendants make no response to the amendment to the caption of the case (Doc. 70), or the listing in paragraph 22 of Defendant Strittmatter in the list of Defendant Police Officers for the City of St. Louis, as these allegations are not substantive and further, are not directed to these Defendants herein.

Defendants Mokwa, Blansitt, Seeber, Englehardt, Ceriotti and Hall make no response to the allegations of amended paragraph 66, as these allegations are not directed to these Defendants. To the extent further response is deemed necessary, these Defendants deny the allegations contained in amended paragraph 66, and deny that they state a claim upon which relief can be granted against these Defendants.

Defendant Bockstruck, for her answer to amended paragraph 66, denies the allegations of amended paragraph 66, and denies that the allegations of amended paragraph 66 state a claim upon which relief can be granted.



DEFENDANT'S EXHIBIT A

1

Respectfully submitted,

CHRIS KOSTER
Attorney General

/s/ Denise L. Thomas
_____
Denise L. Thomas, #4538
Assistant Attorney General

Old Post Office
815 Olive Street
St. Louis, MO 63101
Telephone:   (314) 340-7861
Facsimile:   (314) 340-7029
*Attorneys for Defendants Mokwa, Blansitt, Seeber, Englehardt, Ceriotti, Bockstruck, and Hall*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served up the following parties via this Court's electronic filing system this _1st day of April, 2009:

Rory Ellinger
Kenneth Blumenthal
Ellinger & Associates, P.C.
797 W. Terra Lane
O'Fallon, MO  63366

Gary R. Sarachan
Sheila Greenbaum
Capes and Sokol
7701 Forsyth Boulevard, 12th Floor
St. Louis, MO  63105

Robert J. Isaacson
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, Missouri  63101

William Quick, Esq.
7751 Carondelet, Suite 403
Clayton, MO  63105

Anthony E. Rothert
ACLU of Eastern Missouri
454 Whittier Street
St. Louis, MO  63108

/s/ Denise L. Thomas
Assistant Attorney General

2

Case 4:05-cv-00772-SNLJ     Document 210-2     Filed 04/01/2009     Page 3 of 3

3

Case 4:05-cv-00772-SNLJ     Document 210-2     Filed 04/01/2009     Page 3 of 3