UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRINITY CROSS, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No.   4:05CV00772 SNLJ |
| | ) |
| ST. LOUIS, CITY OF, et al., | ) |
| | ) |
| Defendant(s). | ) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E.D.Mo. L.R. 6.03, the Clerk of the court hereby notifies RICHARD SHER, 190 Carondolet, Ste. 1100, St. Louis, Missouri 63105 that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation.**

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:     Kenneth Blumenthal (for pla)

797 W. Terra Lane

O'Fallon, MO  63366

636-978-8833

Other Counsel:     Denise LeAnne Thomas (for dft)

815 Olive Street

Suite 200

St. Louis, MO  63101

314-340-7861

**The completion deadline for this ADR referral is <u>July 15, 2009</u>.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

<u>July 15, 2009</u>                         *James G. Woodward*                                        
Date                                          Clerk of the Court

                              By:     /s/ Lori Miller-Taylor                                          
                                       LORI MILLER-TAYLOR
                                       Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRINITY CROSS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No.   4:05CV00772 SNLJ |
| ) | |
| ST. LOUIS, CITY OF, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

In accordance with the Court's <u>Order Referring Case to ADR</u>, dated <u>6/8</u>, 2009,

☐   **An ADR conference was held on:** _____.

☐   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

☐   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____

**The ADR referral was concluded on** _____, 2009

**and the parties [☐ did  ☐ did not] achieve a settlement.**
         Check One
----------------------------------------------------------------------------------------------------------------

☐   **Although this case was referred to ADR,  a conference WAS NOT HELD.**

Comments: _____.


_____                    _____
Date                                      RICHARD SHER
                                          Neutral