UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TRINITY CROSS, et al.,            )
                                  )
        Plaintiffs,               )
                                  )  Case No.: 4:05CV-772-SNL
vs.                               )
                                  )
DENISE STRITTMATTER, et al.       )
                                  )
        Defendants.               )

## ADR CONFERENCE REPORT

Pursuant to this Court's Order dated June 8, 2009, (Document 214) the above-captioned case was scheduled for Mediation. On July 15, 2009, the Court appointed Neutral, Richard Sher. (Document 216). On August 6, 2009, the parties appeared for Mediation at Richard Sher's office. By the end of the day, the parties reached terms of a settlement. In broad strokes, the components of the settlement include a payment to Plaintiffs, a letter from the Board of Police Commissioners to each Plaintiff, and payment of an amount of attorneys' fees and costs. The above-referenced letter is subject to approval by the Board of Police Commissioners, scheduled to meet August 19, 2009. Counsel for Defendants, as well as General Counsel to Board of Police Commissioners, are recommending approval of the letter.

Local Rule 16-6.05 (Reporting Requirements) addresses situations in which "an ADR referral results in decisions or agreements regarding scheduling or other case management matters." Rule 16-6.05(D).

1

On August 3, 2009, Defendant Denise Strittmatter filed a Motion for Partial Summary Judgment (Document 217) and Memorandum in Support (Document 219). Chief Joseph Mokwa and the other Police Officer Defendants also filed a joint Motion for Partial Summary Judgment (Document 220) and Memorandum in Support (Document 221). The Court's Scheduling Order (Document 203) calls for responses in opposition by August 24, 2009.

Counsel have a high degree of confidence that the case is going to settle. However, in the unlikely event that the Board of Police Commissioners does not ratify the letter-component of the settlement terms, Plaintiffs would ask the Court to amend its Order such that Plaintiffs would be granted 21 days from the Board's decision to file their responses in opposition to Defendants' Motions (presumably, until September 9, 2009, with replies thereto from Defendants by September 16, 2009).

         Respectfully submitted,
         **CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

         By: /s/ Gary R. Sarachan
         Gary R. Sarachan, #4264
         Sheila Greenbaum, #504517
         7701 Forsyth Blvd., 12th Floor
         St. Louis, Missouri 63105
         Telephone: (314) 505-5440
         Facsimile: (314) 505-5441
         sarachan@capessokol.com
         Greenbaum@capessokol.com

         Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies a copy of the ADR Conference Report was sent through the Court's electronic system this 13th day of August 2009, to:

Denise L. Thomas, Esq. - Assistant Attorney General
Robert Isaacson – Assistant Attorney General
Attorney General's Office
815 Olive Street, Suite 200
St. Louis, Missouri 63101
E-Mail: denise.thomas@ago.mo.gov
**Attorney for Defendants St. Louis Metropolitan Police Department, Mokwa, Blansitt, Seever, Engelhardt, Certiotti, Bockstruck, Hall, and Strittmatter**

/s/ Gary Sarachan