RECEIVED BY MAIL
AUG 2 4 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **TRINITY CROSS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 44:05-CV-772 SNL |
| ) | |
| **ST. LOUIS METROPOLITAN POLICE** ) | |
| **DEPARTMENT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's Order Referring Case to ADR dated _____, 2009,

☒   **An ADR conference was held on: August 6, 2009 .**

☒   All required individuals, parties, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐   The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____

**The ADR referral was concluded on   August 6,   , 2009 and the parties [☒ did ☐ did not] achieve a settlement.**

---

☐   **Although this case was referred to ADR, a conference WAS NOT HELD.**

Comments:

August 21, 2009                                 _Richard P. Sher_ (signature)
_____                                 _____
Date                                            Neutral