UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRINITY CROSS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV-772SNLJ |
| | ) | |
| JOSEPH MOKWA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF PREJUDICIAL DISMISSAL

Plaintiffs and Defendants hereby stipulate to the dismissal of this action with prejudice pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii).

_____
Gary R. Sarachan
Sheila Greenbaum
Capes & Sokol
7701 Forsyth, 12th Floor
Clayton, Missouri 63105
*Attorneys for Plaintiffs*


Rory Ellinger
Ellinger & Associates, P.C.
797 W. Terra Lane
O'Fallon, Missouri 63366
*Attorney for Plaintiffs*

William Quick, Esq.
7751 Carondelet, Suite 403
Clayton, Missouri 63105
*Attorney for Plaintiffs*

CHRIS KOSTER
Attorney General

   /s/ Denise LeAnne Thomas
Denise LeAnne Thomas #39850 ED #4538
Assistant Attorney General
Missouri Attorney General's Office
Old Post Office Building
815 Olive St., Suite 215
St. Louis, MO 63101
Phone: (314) 340-7861
Fax: (314) 340-7029
*Attorneys for Defendants Mokwa, Bockstruck, Blansitt, Ceriotti, Bockstruck, Englehardt, Hall, and Seeber*


Robert J. Isaacson
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, Missouri 63101
*Attorney for Defendant Strittmatter*